Miscellaneous/Other Criminal
including Misdemeanor or
OFFENSE: Felony

COA # 10-15-00055-CR

STYLE: William Arthur McIntosh v. The State of Texas

COUNTY: Ellis

TRIAL COURT: 40th District Court
TRIAL COURT #: 20084CR
TRIAL COURT JUDGE: Hon. Bob Carroll
DISPOSITION: DISMISSED

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE: March 5, 2015

JUSTICE: Scoggins          PC _____   S   YES

PUBLISH: _____   DNP:  YES _____

CLK RECORD: _____          SUPP CLK RECORD: _____
RPT RECORD: _____          SUPP RPT RECORD: _____
STATE BR: _____            SUPP BR: _____
APP BR: _____              PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # 331-15 THRU 340-15

___ PRO SE ___ Petition               Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____
refused                               JUDGE: _____
DATE: July 29, 2015                   SIGNED: _____   PC: _____
JUDGE: PC                             PUBLISH: _____   DNP: _____

_____ MOTION FOR REHEARING IN   MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____        _____ ON _____
JUDGE: _____                JUDGE: _____